PERINI CORPORATION, Appellant,

v.

Colin L. POWELL, Secretary of State, Appellee.

Colin L. Powell, Secretary of State, Appellant,

v.

Perini Corporation, Appellee.

Nos. 04–1573, 04–1574.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2004.

### ORDER

Upon consideration of the parties' joint motion to dismiss these appeals, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.